# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 211PA16 | SED Holdings, LLC v. 3 Star Properties, LLC, James Johnson, TMPS LLC, Mark Hyland, and Home Servicing, LLC | 1. Defs' Motion to Appear | 1. Allowed **11/01/2016** |
|---------|---|---|---|
| | | 2. Plt's Motion to Stay Proceedings Against 3 Star Properties, LLC Due to Bankruptcy | 2. Special Order **11/01/2016** |
| | | 3. Plt's Motion that Plaintiff be Permitted to Proceed Now in the Trial Court Against the Remaining Defendants | 3. Special Order **11/01/2016** |
| | | 4. Plt's Motion to Lift Stay Order | 4. |
| | | 5. Defs' Motion to Allow Time to Respond to Motion of Plaintiff to Dissolve the PDR Allowed by this Court | 5. Allowed **02/02/2017** |
| 212P16 | Brian Blue v. Mountaire Farms, Inc., Mountaire Farms of North Carolina Corp., Mountaire Farms, LLC, Charles Branton, Daniel Pate, James Lanier, Robert Garroutte, a/k/a Robert Garroutte, Jr., Christopher Smith, Halley Ondona, Thomas Saufley, Detra Swain, as Executrix of the Estate of Clifton Swain, the Estate of Clifton Swain, and Bradford Scott Hancox, Public Administrator of Cumberland County, North Carolina, and as Successor or Substitute Personal Representative and/ or Administrator and/or Collector of the Estate of Clifton Swain | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-791) | Denied |
| 237P16-2 | Avery M. Riggsbee v. W. Baine Jones, Jr., Judge Government | Employees Plt's *Pro Se* Motion for Enforcement Orders | Dismissed |
| 240P16 | Mary Ponder v. Mark Ponder | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA15-1277) | 1. Dismissed *ex mero motu* |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied |